UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JEFFRAY WHITEHEAD ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 4:23-CV-194-FL |
| VETERANS ADMINISTRATION DEPT ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the clerk's deficiency notice and subsequent failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 19, 2023 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on December 19, 2023, and Copies To:**
Jeffray Whitehead (via US mail) Craven Correctional Institution, P. O. Box 839, Vanceboro, NC 28586

December 19, 2023      PETER A. MOORE, JR. CLERK

                       /s/ Sandra K. Collins
                       (By) Sandra K. Collins, Deputy Clerk